| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| TYSON M. TAKEUCHI, (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA 90017<br>Tel: (213) 637-1566<br>Fax: (866) 481-3236<br><br>*Attorney for*     Gary Lynn Kilgore & Denise Elaine Kilgore | **FILED & ENTERED**<br><br>APR 23 2009<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY lewis     DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: GARY LYNN KILGORE and DENISE ELAIN KILGORE,

Debtors.

CHAPTER ___13___

CASE NUMBER 2:08-bk-27642-VZ

(No Hearing Required)

# ORDER ON MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)
**(Creditor Name:     SCE FEDERAL CREDIT UNION     )**
*(Insert Name of Creditor holding Lien to be Avoided)*

Pursuant to 11 U.S.C. § 522(f) and Local Bankruptcy Rule 9013-1(O), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt.  THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with Local Bankruptcy Rule 9013-1(O).

2. **Hearing Information**:
   a. ☒ No hearing is required:   Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:         (2) Time:         (3) Courtroom:         (4) Judge:
      (5) The matter was   ☐ Contested   ☐ Uncontested   ☐ Settled by Stipulation   ☐ Not Prosecuted
      (6) ☐ Debtor present in Court *(Name)*:
      (7) ☐ Attorney for Debtor present in Court *(Name)*:
      (8) ☐ Attorney for Lienholder present in Court *(Name)*:
      (9) ☐ Other parties present as reflected in the Court record

3. The real property to which this Order applies is as follows:
   a. Street Address *(specify)*: 330 West Loma Alta Drive, Altadena, CA 91001-3840

   b. Legal Description *(specify)*:                                                                 ☒ See Attached Page

4. Recording information regarding lien to be avoided:
   a. Date of Recordation of Lien *(specify)*: 3/27/2008
   b. Recorder's Instrument Number or Map/Book/Page Number *(specify)*: 20080531478

*(This Order is continued on next page.)*

Order on Motion to Avoid Lien (Real Property) – *Page* 2

**F 9013-1.6**

| In re | GARY & DENISE KILGORE, | CHAPTER __13__ |
|---|---|---|
| | Debtors. | CASE NUMBER 2:08-bk-27642-VZ |

5. ☒ Motion granted:
   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☒ The judicial lien is hereby declared void and unenforceable:
      (1) ☒ In its entirety
      (2) ☐ In the following amount *only*: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ With Prejudice    ☐ Without Prejudice
   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Other *(specify)*:

7. ☐ The Court further orders as follows *(specify)*:    ☐ See Attached Page

####

*[Signature: Vincent P. Zurzolo]*

DATED: April 23, 2009

United States Bankruptcy Judge

Order on Motion to Avoid Lien (Real Property) – *Page* 3                                                                                                       **F 9013-1.6**

| In re        GARY & DENISE KILGORE,                                    | CHAPTER __13____ |
|---|---|
|                                                                 Debtors. | CASE NUMBER 2:08-bk-27642-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The foregoing document described <u>ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY) (Creditor: SCE Federal Credit Union)</u>  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    4/4/2009                                         I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See attached Service LIst

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/4/2009 | Albert Pfaffman | /s/ Albert Pfaffman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

*January 2009*     This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9013-1.6**

F 9013-1.6

| In re | GARY & DENISE KILGORE, | CHAPTER __13___ |
|---|---|---|
| | Debtors. | CASE NUMBER 2:08-bk-27642-VZ |

**ATTACHED PAGE**

**Item 3b LEGAL DESCRIPTION**

**Real property located in the County of Los Angeles, State of California, described as follows:**

**THE NORTHWESTERLY 80 FEET OF THE SOUTHEASTERLY 290 FEET OF LOT 17 OF JOHNSTON AND HAY TRACT, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 9, THE PAGE(S) 50 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. EXCEPT THEREFROM THE SOUTHWESTERLY 115 FEET.**

| | | |
|---|---|---|
| Order on Motion to Avoid Lien (Real Property) – *Page* 5 | | **F 9013-1.6** |
| In re           GARY & DENISE KILGORE, | | CHAPTER __13___ |
| | Debtors. | CASE NUMBER 2:08-bk-27642-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Nancy. K. Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 1850
Los Angeles, CA 90014

SCE Federal Credit Union
PO Box 8017
El Monte, CA 91734

SCE Federal Credit Union
c/o Bruce P. Needleman, Esq.
Law Offices of Bruce P. Needleman
21700 Oxnard Street, Suite 1290
Woodland Hills, CA 91367

| In re | GARY & DENISE KILGORE, | CHAPTER __13___ |
|---|---|---|
| | Debtors. | CASE NUMBER 2:08-bk-27642-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY) (Creditor: SCE Federal Credit Union)
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Nancy K. Curry                                                                                      ecfnc@trustee13.com
John D. Schlotter on behalf of Interested Party Courtesy NEF      bkmail@mrdefault.com
Kathy Shakibi on behalf of Interest Party Courtesy NEF               bknotice@rcolegal.com
Tyson Takeuchi on behalf of Debtor Gary Kilgore                          tysonlawfirm@yahoo.com
United States Trustee (LA)                                                              ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| Gary & Denise Kilgore<br>330 West Loma Alta<br>Altadena, CA 91001 | SCE Federal Credit Union<br>PO Box 8017<br>El Monte, CA 91734 | SCE Federal Credit Union<br>c/o Bruce P. Needleman<br>Law Offices of Bruce P. Needleman<br>21700 Oxnard Street, Suite 1290<br>Woodland Hills, CA 91367 |
|---|---|---|

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

*January 2009*    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9013-1.6**